**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| NORLIN JONES,<br>*Plaintiff*,<br>v.<br>TENNESSEE HOUSING DEVELOPMENT AGENCY, et al.,<br>*Defendants*. | Civil Action No. 3:26-cv-00914<br>Judge Crenshaw<br>Mag. Judge Frensley |

**JOINT STIPULATION REGARDING PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' MOTION TO DISMISS**

The Parties hereby submit this joint stipulation to provide clarity for the Court regarding the pleadings and pending motions in this matter and the Parties' intended next steps.

1. On July 1, 2026, Plaintiff filed a class action lawsuit alleging violations of Title VI and the Equal Protection Clause. ECF 1.

2. On July 30, 2026, Defendants filed a motion to transfer venue and a motion to dismiss. ECF 16, 17.

3. Under the Court's order extending the briefing deadlines, ECF 19, Plaintiff's responses to Defendants' motion to dismiss and motion to transfer are due August 31, 2026, and Defendants' replies in support of those motions are due September 14, 2026.

4. Plaintiff has informed Defendants that he intends to file an amended complaint to add new parties and new allegations in response to Defendants' motion to dismiss.

5. The Parties conferred via email on August 18, 2026, and Defendants consented in writing to allow Plaintiffs to file an amended complaint by August 31, 2026.

6. The Parties agree that Plaintiff's first amended complaint will render Defendants' pending motion to dismiss, ECF 17, moot.

7. Because Plaintiff's first amended complaint will moot Defendants' pending motion to dismiss, the Parties agree that Plaintiff will not file a response to that motion and that Plaintiff reserves the right to file a response and raise arguments in opposition to any motions Defendants may file in the future, including a renewed motion to dismiss.

8. The Parties also agree that, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant will have 14 days after Plaintiff files his amended complaint to file a responsive pleading or a motion to dismiss.

9. Plaintiff will file a response in opposition to Defendant's motion to transfer venue by August 31, 2026, and Defendants will file a reply in support of the motion to transfer venue by September 14, 2026.

Dated: August 20, 2026

Respectfully submitted,

s/ Zachary L. Barker (w. perm.)
Zachary L. Barker (No. 35933)
Reed Neal Smith (No. 40059)
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-4098
zachary.barker@ag.tn.gov
reed.smith@ag.tn.gov

*Counsel for Defendants*

s/Paul J. Krog
Paul J. Krog (No. 29263)
Bulso PLC
155 Franklin Road Suite 400
Brentwood, TN 37027
(615) 913-5130
pkrog@bulso.com

Jonathan F. Cohn* (NY No. 2972578)
Lehotsky Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
(512) 693-8350
jon@lehotskycohn.com

William T. Thompson* (TX No. 24088531)
Lehotsky Cohn LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
will@lehotskycohn.com

Jared B. Magnuson* (GA No.131189)
Lehotsky Cohn LLP
3280 Peachtree Road NE
Atlanta, GA 30305
(512) 693-8350
jared@lehotskycohn.com

Mark M. Rothrock* (NC No.56747)
Lehotsky Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
(336) 416-3326
mark@lehotskycohn.com

*Counsel for Plaintiff*

**Admitted Pro Hac Vice*

## Certificate of Service

I hereby certify that on this day, August 20, 2026, the foregoing is being filed electronically via the Court's CM/ECF system, which is expected to effect service via electronic means on the following:

Zachary L. Barker
Reed Neal Smith
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-4098
zachary.barker@ag.tn.gov
reed.smith@ag.tn.gov

s/ Paul J. Krog
Paul J. Krog